## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## MARTINSBURG

**JULIO CESAR CARDENAS,**

    **Petitioner,**

**v.**                                **CIVIL ACTION NO.: 3:26-CV-13**
                                           **(GROH)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER TO SHOW CAUSE

On January 30, 2026, the pro se Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On February 17, 2026, the Petitioner paid the filing fee. ECF No. 5.

The undersigned has made a preliminary review of the petition [ECF No. 1] and finds that summary dismissal of the same is not warranted. Accordingly, the Respondent is directed to file an answer or responsive pleading within **twenty-eight (28) days** from the date of this Order, or **not later than March 18, 2026,** to show cause why the writ should not be granted.

The Clerk is directed to mail a copy of this Order to the pro se Petitioner by certified mail, return receipt requested, to his last known address as listed on the docket sheet. The Clerk is directed to add Christopher J. Prezioso as counsel for the Respondent, and to provide both hard and electronic copies of this Order to Christopher J. Prezioso, Assistant United States Attorney, P.O. Box 591, Wheeling, West Virginia 26003.

DATED:    February 18, 2026

                                            /s/ *Robert W. Trumble*
                                            ROBERT W. TRUMBLE
                                            UNITED STATES MAGISTRATE JUDGE